United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHARLES ADAM JONES,<br>Plaintiff,<br>v.<br>ROYAL ROBBINS LLC,<br>Defendant. | Case No.18-cv-05506-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br>Re: Dkt. No. 13 |

Plaintiff has filed a Notice of Conditional Settlement. All presently scheduled appearances and related deadlines remain as set. Additionally, the Court orders as follows:

On or before **November 16, 2018**, plaintiff shall file a dismissal pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendants have not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared.

If a dismissal is not filed by the specified date, then plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **November 27, 2018**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, plaintiff shall file a statement in response to this Order to Show Cause no later than **November 20, 2018** advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated, and plaintiff need not file a

statement in response to this Order.

**IT IS SO ORDERED.**

Dated: October 29, 2018

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge